NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1544, -1545

ENCYCLOPAEDIA BRITANNICA, INC.,

Plaintiff-Appellant,

v.

ALPINE ELECTRONICS OF AMERICA, INC.,
and ALPINE ELECTRONICS, INC.,

Defendants-Appellees,

and

DENSO CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC.,
and MAGELLAN NAVIGATION, INC.,

Defendants-Appellees,

and

AMERICAN HONDA MOTOR CO., INC.,
and TOMTOM, INC.,

Defendants-Appellees,

and

GARMIN INTERNATIONAL, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Western District of Texas in consolidated case nos. 1:06-CV-00578 and 1:07-CV-00787, Judge Lee Yeakel.

ON MOTION

<u>O R D E R</u>

Alpine Electronics, Inc., Alpine Electronics of America, Inc., DENSO Corporation, Toyota Motor Sales, U.S.A., Inc., Magellan Navigation, Inc., American Honda Motor Co., Inc., TomTom, Inc., and Garmin International, Inc., move without opposition for a 14-day extension of time, until February 15, 2010, to file their principal briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   David G. Wille, Esq.
Gary M. Ropski, Esq.
John T. Johnson, Esq.
Paul R. Steadman, Esq.
Raymond W. Mort, III, Esq.
Lauren A. Degnan, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 2 2010

JAN HORBALY
CLERK

2009-1544, -1545